# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| FRANKLIN W. LEE, | |
| Petitioner, | CIVIL ACTION NO.: CV511-081 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: CR509-21) |
| Respondent. | |

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, and Motion for Sentence Modification are **DISMISSED**, without prejudice. The Motion The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 30th day of November, 2011.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] According to the Georgia Department of Corrections website, Franklin W. Lee was paroled October, 2011. See http://www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryRedirector.jsp

AO 72A
(Rev. 8/82)